# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEPHEN SMITH

**JUDGMENT IN A CIVIL CASE**

v.

UNITED STATES OF AMERICA

CASE NUMBER: C09-5600BHS/CR07-5823BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Smith's § 2255 motion is **DENIED** and the Court **GRANTS** Smith a certificate of appealability as discussed herein.

| | |
|---|---|
| July 2, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |